Virginia Van Cura, Helen Donna Ott, and George Blozis, Executor Under the Last Will and Testament of Pauline Drangelis, Deceased, Plaintiffs-Counter Defendants, Appellees, v. Kazys Drangelis, Defendant-Counter Plaintiff, Appellant.

Gen. No. 50,020. 

First District, Third Division.

November 18, 1965.

Rehearing denied December 9, 1965.

Edward Stasukaitis, of Chicago, for appellant; Tage Joranson, Darwin P. Kal and Harry S. Jacobs, all of Chicago, for appellees. Opinion by PRESIDING JUSTICE DEMPSEY. Not to be published in full.